# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUCILA BALLARDO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE MEMBERSHIP, INC., a California Corporation; COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:23-cv-02326-JAK(JPRx)<br><br>**JUDGMENT**<br><br>**JS-6** |

1    In accordance with the August 15, 2024 Order granting the Motion for
2 Summary Judgment filed by Defendants Costco Wholesale Corporation and Costco
3 Wholesale Membership, Inc. ("Costco Defendants"), **IT IS HEREBY ORDERED,**
4 **ADJUDGED AND DECREED** that Plaintiff Lucila Ballardo ("Plaintiff") shall
5 take nothing by her operative Complaint, that her action against the Costco
6 Defendants is dismissed on the merits, and the Costco Defendants shall recover their
7 costs against Plaintiff herein.

Dated: September 11, 2024

John A. Kronstadt
United States District Judge